UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Norma Jean Clark, Maggie E. Crowe,
Mary E. Shaw,

        Plaintiffs,                    Civil No. 06-1153 (RHK/JSM)

vs.                                **DISQUALIFICATION AND**
                                     **ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth, Inc., Wyeth
Pharmaceuticals, Inc., Pfizer, Inc.,
Pharmacia & UpJohn Company.

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 27, 2006

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge